IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOUGLAS DUANE HENSON                                                                                          PLAINTIFF

v.                                    Civil No. **6:23-cv-06077**

TURN KEY MEDICAL SERVICES, Medical
Care Provider, Saline County Jail;   JOHN OR JANE
DOE MANAGER OF TURN KEY MEDICAL
SERVICES, Saline County Jail; NURSE PARSON,
Turn Key Medical Services; LIEUTENANT JENNIFER
HALLMAN, Saline County Sheriff's Department;
KRISTIN THOMPSON, Administrative Assistant,
Saline County Sheriff's Department; LIEUTENANT
LATOSHA SILVA, Saline County Sheriff's Department; and
SHERIFF RODNEY WRIGHT, Saline County, Arkansas                                      DEFENDANTS

## ORDER

Plaintiff has submitted this civil rights action for filing pursuant to 42 U.S.C. § 1983. Before the Court is his Complaint and application to proceed *in forma pauperis* (IFP).   No action will be taken on the IFP motion in this district and no fee will be collected.

The only connection this case has to the Western District of Arkansas is that Plaintiff is currently housed in a facility within the Hot Springs Division of this district, the Ouachita River Correctional Unit of the Arkansas Division of Correction.   All the events that are the subject of the Complaint occurred while Plaintiff was housed in the Saline County Jail.   Saline County is within the Eastern District of Arkansas, Central Division.   The Defendants reside in Saline County.   The Court finds the interests of justice would be best served by transferring this case to the United States District Court for the Eastern District of Arkansas, Central Division.   Venue would be proper under 28 U.S.C. § 1406(a).[1]

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or

The Clerk of Court is directed to immediately **TRANSFER** PLAINTIFF'S ENTIRE CASE FILE to the Eastern District of Arkansas, Central Division, U.S. District Court Clerk's Office, 600 West Capitol #A149, Little Rock, AR 72201.

IT IS SO ORDERED this 22nd day of June 2023.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

division in which it could have been brought."